1  CALL, JENSEN & FERRELL
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
3  Julie R. Trotter, Bar No. 209675
   Scot D. Wilson, Bar No. 223367
4  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
5  Tel.: (949) 717-3000
   Fax: (949) 717-3100
6  sferrell@calljensen.com
7  jtrotter@calljensen.com
   swilson@calljensen.com                              JS-6
8
9  Attorneys for Defendants
   Chevron Stations Inc., Chevron U.S.A. Inc.,
10 erroneously sued as Chevron Inc., and
   CJ Lawrence
11
                    **UNITED STATES DISTRICT COURT**
12
            **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**
13

| | |
|---|---|
| NASSER NOORHANI, TINA MOHAMMED, MICHAEL DANDASHI, MUSTAFIZUR RAHAMAN, MUSSA HASHEMEE, | Case No.  SACV09-01215 CJC (Anx) |
| | **[PROPOSED]** ORDER RE REMAND |
| Plaintiffs, | |
| vs. | |
| CHEVRON INC., CHEVRON STATIONS, INC., CJ LAWRENCE, and DOES 1-100, inclusive, | Complaint Filed:  August 3, 2009<br>Trial Date:            None Set |
| Defendants. | |

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

CHE03-58:Proposed Order re Remand.doc:11.18.2009

ORDER RE REMAND

# [*PROPOSED*] ORDER

Having considered the Stipulation of the Parties and finding good cause appearing therein, the Court hereby orders that the action shall be remanded to the Orange County Superior Court.

IT IS SO ORDERED.

Dated: November 18, 2009

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE